THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTANY ALICE BRADLEY,<br><br>Defendant. | CR-23-18-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 26, 2025. (Doc. 112.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 25, 2025. (Doc. 108.) The United States accused Brittany Alice Bradley (Bradley) of violating the conditions of her supervised release by: (1) failing to maintain employment, by being terminated from her employment on or about December 9, 2024 and failing to advise her probation officer within 72 hours; (2) failing to comply with substance

abuse treatment on December 11, 2024; (3) testing positive for methamphetamine on December 12, 2024; (4) failing to comply with substance abuse testing requirements on December 18, 2024; (5) using methamphetamine on December 18, 2024; (6) failing to comply with substance abuse testing requirements on December 19, 2024 by purchasing fake urine; (7) failing to check in with her probation officer as directed on December 24, 2024; (8) using methamphetamine on December 19, 2024; and by: (9) using methamphetamine and fentanyl on January 30, 202. (Docs. 104 and 107.)

At the revocation hearing, Bradley admitted that she had violated the conditions of her supervised release by: (1) failing to maintain employment, by being terminated from her employment on or about December 9, 2024 and failing to advise her probation officer within 72 hours; (2) failing to comply with substance abuse treatment on December 11, 2024; (3) testing positive for methamphetamine on December 12, 2024; (4) failing to comply with substance abuse testing requirements on December 18, 2024; (5) using methamphetamine on December 18, 2024; (6) failing to comply with substance abuse testing requirements on December 19, 2024 by purchasing fake urine; (7) failing to check in with her probation officer as directed on December 24, 2024; (8) using methamphetamine on December 19, 2024; and (9) using methamphetamine and fentanyl on January 30, 2025. (Doc. 108.)

Judge Johnston found that the violations Bradley admitted prove serious and warrants revocation, and recommended that Bradley receive a custodial sentence of 3 months with 45 months of supervised release to follow with the first 90 days of supervised release spen in a secure in-patient substance abuse treatment facility as directed by her probation officer. (Doc.112.) The Court advised Bradley of her right to appeal and to allocute before the undersigned. (Doc. 108.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 112) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Brittany Alice Bradley be sentenced to a term of custody of 3 months with 45 months supervised release to follow with the first 90 days of supervised release spent in a secure in-patient substance abuse treatment facility as directed by her probation officer.

DATED this 13th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court