# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-23-18-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| BRITTANY ALICE BRADLEY, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 3, 2025. (Doc. 134.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 27, 2025. (Doc. 130.) The government accused Brittany Bradley (Bradley) of violating the

conditions of her supervised release by: (1) failing to follow the instructions of her probation officer by failing to report for in-patient treatment at Passages on May 2, 2025; (2) failing to participate in substance abuse treatment program on May 2, 2025; and (3) using methamphetamine on May 2, 2025 by: (4) using fentanyl on May 13, 2025; and (5) committing the misdemeanor offense of Criminal Possession of Drug Paraphernalia, in violation of Mont. Code Ann. § 45-10-103, on May 13, 2025 . (Docs. 118 and 123.)

At the revocation hearing, Bradley admitted that she had violated the conditions of her supervised release by: (1) failing to follow the instructions of her probation officer by failing to report for in-patient treatment at Passages on May 2, 2025; (2) failing to participate in substance abuse treatment program on May 2, 2025; (3) using methamphetamine on May 2, 2025; and (4) using fentanyl on May 13, 2025. The Government moved to dismiss allegation (5), which the Court granted (Doc. 130.)

Judge Johnston found that the violations Bradley admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 6 months, with 39 months of supervised release to follow. Judge Johnston also recommended that Bradley be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer and that Bradley be placed in a sober living facility after the completion of her in-patient treatment. The Court

advised Bradley of her right to appeal and to allocute before the undersigned, she waived those rights. (Doc. 134.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 134) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Brittany Alice Bradley be sentenced to a term of custody of 6 months, with 39 months of supervised release to follow. During her term of supervised release, Bradley will be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer and Bradley be placed in a sober living facility after the completion of her in-patient treatment.

DATED this 18th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Court